# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIN-HSIANG YUAN and CHENG-LONG CAI,<br><br>Defendants. | CR15-97 TSZ<br><br>ORDER |

On May 14, 2015, a Status Hearing was held in the above-captioned case to consider the Stipulated Motion to Continue Trial Date, docket no. 21. The Government did not oppose the motion. The Court GRANTED the motion to continue at the hearing on the record and now enters this Order.

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i)(ii), the ends of justice served by continuing the trial date from June 8, 2015 to August 31, 2015, outweigh the best interests of the public and the defendants in a speedy trial, in that, it has been demonstrated that additional time is necessary for counsel to review and analyze discovery materials, to effectively prepare

ORDER - 1

for trial, and to prepare the presentation of a defense; and defendants have agreed to file a waiver of Speedy Trial.

IT IS THEREFORE ORDERED THAT trial in this matter is continued from June 8, 2015, until August 31, 2015 at 9:00 a.m.  The resulting period of delay from the current trial date of June 8, 2015, up to and including August 31, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The pretrial motions deadline for any motion to suppress is continued until July 16, 2015, and for any other pretrial motions the deadline is extended until July 30, 2015.

Dated this 14th day of May, 2015.

Thomas S. Zilly
United States District Judge

ORDER - 2