UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR15-97 TSZ |
| MIN-HSIANG YUAN and CHENG-LONG CAI, | ORDER |
| Defendants. | |

On August 6, 2015, a Status Hearing was held in the above-captioned case to consider the Joint Motion to Continue Trial Date, docket no. 26. The Government did not oppose the motion. The Court GRANTED the motion to continue at the hearing on the record and now enters this Order.

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i)(ii), the ends of justice served by continuing the trial date from August 31, 2015 to November 2, 2015, outweigh the best interests of the public and the defendants in a speedy trial, in that, it has been demonstrated that additional time is necessary for counsel to review and analyze discovery materials, to

ORDER - 1

effectively prepare for trial, and to prepare the presentation of a defense; and defendants have each filed a waiver of Speedy Trial.

IT IS THEREFORE ORDERED THAT trial in this matter is continued from August 31, 2015, until November 2, 2015, at 9:00 a.m.  The resulting period of delay from the current trial date of August 31, 2015, up to and including November 2, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that the pretrial motions deadline is extended until September 11, 2015.

Dated this 6th day of August, 2015.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2